Order issued: December 3/ , 2012                    005353



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01284-CV

IN THE INTEREST OF N.T., A CHILD

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-00657-Z

## ORDER

We **GRANT** appellant's December 24, 2012 motion for an extension of time to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellant on December 24, 2012 filed as of the date of this order.

ELIZABETH LANG-MIERS
JUSTICE